# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OMAR SIGUE, | No. 4:21-CV-00527 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| WARDEN, SCI-GREENE, | |
| Respondent. | |

## ORDER

**APRIL 11, 2022**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The above captioned petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, Doc. 1, is **DISMISSED WITHOUT PREJUDICE** as untimely.

2. Petitioner shall have thirty (30) days from the date of this Order to present the Court with any argument he cares to advance regarding equitable tolling. Failure to do so shall result in the Petition being dismissed with prejudice without further warning.

3. A certificate of appealability shall not issue.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge